429 A.2d 756

DiOrio, Appellant v. DiOrio.

Petition for Allowance of Appeal Denied March 31, 1981.

 Argued March 18, 1980. Oscar N. Gaskins, for appellant; Herbert S. Levin, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Final decree affirmed.